UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DEE PRODUCE CORPORATION, et als.,**
Plaintiffs,

**CIVIL NO. 05-1847(DRD)**

v.

**NEW YORK EXPORT, et als.,**
Defendants.

| MOTION | RULING |
|---|---|
| **Date Filed:** 02/28/06<br><br>[X] **Plff**  [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION REQUESTING THE DISMISSAL OF THE COMPLAINT WITHOUT PREJUDICE<br><br>**(Docket No. 16)** | **GRANTED**. Plaintiffs in the instant case filed a notice of voluntary dismissal.  It also requests that said dismissal be without prejudice.  The Court hereby **GRANTS** plaintiff's request and **DISMISSES WITHOUT PREJUDICE** all claims against defendants in the instant case.  Each party shall bear its own costs and expenses.<br><br>Judgment will be issued accordingly. |

**IT IS SO ORDERED.**

**Date**:  February 28, 2006

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**